FILED
AUG 14 2009
CLERK, US DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

YANNE VENIERIS, PLAINTIFF

4:09cv98

V.

Barack Hussein Obama
1600 Pennsylvania Avenue N.W., Washington D.C. 20500

Mr. Obama as acting President of the united states did in fact receive letters from me explaining the illegal actions performed by the former President George Bush before Mr. Obama became President now that Mr. Obama is President he continued to violate my rights as an American Citizen under the Constitution of the United States by continuing to allow numerous government agencies and different branches of the military to perform psychological and physical warfare deemed to be illegal under any circumstances on American soil especially on myself an American Citizen who was offered a position as under cover cop by the former President. Therefore I am suing for 1.000.000 per day that I was tortured which is 1,264 days includeing being kidnapped comes to 1.264.000.000 Please be advised that additional law suits of 7.000.000 per week will be filed as I continue to be tourtered. My law suit is for attemped murder

Yanne V.

Yanne Venieris
1120 W. How Green Dr
Newport News VA. 23602

757-291-2635